**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00298-CR

### MONTRANCE TYRONE ROBERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-51843-N

## ORDER

On October 10, 2016, this Court ordered court reporter Sandra Hughes to file the reporter's record by October 25, 2016. On October 12, 2016, Ms. Hughes filed 6 volumes of reporter's record. A review of the reporter's record reveals that several exhibits are missing. Specifically, the following exhibits (which were admitted and published to the jury) are missing:

- exhibits 6, 7, 8, and 9, each labeled "photo;"

- exhibit 112, a CD of the surveillance video;

- exhibit 113, a CD of the 911 call;

- exhibit 118, labeled "photo;"

- exhibit 132, stipulation of evidence;

- exhibit 133, a CD of jail calls,

- exhibit 140, marked "CD – Richardson PD;" and

- exhibit 141, labeled "photo."

We **ORDER** court reporter Sandra Hughes to file a supplemental reporter's record containing all of these exhibits **no later than October 24, 2016**. We caution Ms. Hughes that the failure to file the supplemental reporter's record with all the missing exhibits by the time specified may result in the Court ordering that Ms. Hughes not sit as a court reporter until she files the complete supplemental reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Presiding Judge, 195th Judicial District Court; Sandra Hughes, court reporter, and to counsel for all parties.


/s/    LANA MYERS
JUSTICE